# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1293

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| Jose Manuel Mancha-Galvan, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:  October 6, 2005
Filed:  October 11, 2005

_____

Before BYE, McMILLIAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Jose Manuel Mancha-Galvan pleaded guilty to conspiring to distribute fifty grams or more of methamphetamine, in violation of 21 U.S.C. § 846, and the district court[1] sentenced him to seventy months in prison and four years of supervised release. On appeal, his counsel moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967).

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

Counsel argues the district court erred under <u>United States v. Booker</u>, 125 S. Ct. 738 (2005), by treating the Guidelines as mandatory at Mancha-Galvan's pre-<u>Booker</u> sentencing. However, Mancha-Galvan did not preserve this issue below and we conclude he is not entitled to plain-error <u>Booker</u> relief because there is no indication in the record the district court would have imposed a lower sentence under advisory Guidelines. <u>See</u> <u>United States v. Pirani</u>, 406 F.3d 543, 552-53 (8th Cir. 2005) (en banc).

Having reviewed the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we conclude there are no nonfrivolous issues for appeal. Accordingly, we affirm the judgment of the district court and we grant counsel's motion to withdraw.

_____